1048

[No. 23950-1-III.  Division Three.  February 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC ROCHA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00663-0, Evan E. Sperline, J., entered March 22, 2005. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.

[No. 52664-2-I.  Division One.  February 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CURLIN PENNICK III, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-1-10237-7, Ronald Kessler, J., entered July 3, 2003. *Affirmed* by unpublished per curiam opinion.

[Nos. 54160-9-I; 54161-7-I;  Division One.  February 27, 2006.]
55360-7-I; 55361-5-I.

*In the Matter of the Dependency of* N.E.R. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. JENNIFER WILSON ET AL., *Appellants.*

Appeals from judgments of the Superior Court for King County, Nos. 03-7-00226-5 and 03-7-00227-3, Philip G. Hubbard, Jr., J., entered March 23, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, C.J., concurred in by Ellington and Appelwick, JJ.

[No. 55349-6-I.  Division One.  February 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFERY JOHNSTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-09283-7, Jay V. White, J., entered November 12, 2004. *Affirmed* by unpublished per curiam opinion.